United States District Court
For The District of Columbia

Arthur Putman
9140 NW 35th Place
Sunrise, Fl. 33351
404-931-2675
  Plaintiff

Case: 1:18-cv-02904   (F-DECK)
Assigned To : Unassigned
Assign. Date : 12/11/2018
Description: Pro Se Gen.

Vs

List Attached
Chairman Charles Grassley
Etal
    Complaint

I'm requesting trail by Quorum

1

Defendants
(1) Senate Judiciary Committee
(1)(A) Chairman Senator Charles Grassley
(1)(B) Andy Kromyak
(1)(C) Unknown Agent that works for Chairman
(2) Congressman Alcee Hasting
(2)(A) Thomas E. Carnes, Director & General Counsel
(3) Senator Marco Rubio
(3)(A) Todd Turner. Director of Technology.
(4) Senator Bill Nelson
(4)(A) Unknown Chief of Staff
(4)(B) Unknown, General Counsel
(5) Congresswoman Debbie Wasserman Schutz
(5)(A) Unknown General Counsel
(5)(B) Tracie Pough Chief of Staff
(6) U.S. Capital Police, Chief De Rosa.
(6)(A) Head of Threats, US Capital Police
(6)(B) Head of Intel, U.S. Capital Police
(7) St Joseph on Capital Hill, Catholic Church
(7)(A) Fr. Williams Gurnee III
(7)(B)
(8) Archbishop of Washington. D.C.
(8)(A) C. Wuerl
(9) Apostolic Nunciature of the United States
(9)(A) Archbishop Christophe Pierre

back to Ft. Lauderdale, Fl. I wasn't allowed to see my Granddaughter, my best friend We're a Pinky Promise, I came back and each and everyday, I'm again denied Due Process. Each and Everyone of these Co-Defendants are gulity of the same violation 1) Amendment and (2) The Fifth Amendment Constructive Fraud, On into, Crimeral Ubstraction, Judical Misconduct, Magistrate Staples, Judge Ross Judical Misconduct, fruits from the Possonious Tree, He can of be denied the Constitution and have any Civil Right encased. I'm A Senior with Disabilities that fails under the The Senior with Disabilitys Act of 1990 never been squestioned about any Mental Challegens, And now I'm not Sane enought to stand trail on a illegal Enthey this Case is Clear Retaliatory Conduct Which fails under case # 1:18-CV-1744 UNA Which the Courts has classefied as

Documents Stamped, they refused to stamping my documents, but She will under oath testifide that there wasn't a Barring notice issued by the Senate Judicary against me, I left the Capital Police Station walk over to the Rm 224 and I took out my documents and before I could've them Stamped three Capital Police walked in and told me that I was under arrest for "illedge Entry, but before that I was pressing Fr. Garnee of St Joseph on Capital Hill to a introduction to the Apostolic Numciature of the United States basion to the Pope Frances, When Fr Gurnee told me that Congressman Alcee Hasting had called him and told Him that I was a problem and He needed to send me back to Florida after my arrest Fr Gurnee told me that I was making too much trouble and the best thing that I could do was to go home and the church brought me a train ticket

(2)

Office reading the documents that I was given three U.S. Capital Policemans came into the Office and told me to come out of the office, I was instructed that they where called and I was being barred from the Congressmans office no reason given and the Congressman wasn't even in the Office. So the Chief of Staff made that preplanned power move, Retaliatory Conduct and Judical Misconduct which is Constructive Fraud, I contacted the Senate Judicary Committee to have my documents receipted in a attempt to Claim Whistleblower status, I was given a radiounce with Senator Charles Grassley two senior investogator the only one that had a card was Mr Andy Kromyak, They told me that they work for Mr. Grassley and that they were instructed to see what I wanted, so I let them read the 8 pages of the Memorandum that was generated by the Cheif Police of the State of Florida Coll. James N. Mann

From the Attorney General Office, Medicaid Fraud Control Units, the documents speak to the record, I was told by Mr. Kromyck that I would never be allowed to testify in front of the Committee and that no Black man has ever been declared a Whistleblower and was threaten that One day I won't wake up and I'm be dead with my Documents so the charge of illegal Entry is fake, I've never been barred from the Senate Judicary Committee, On the day of my arrest I went to the U.S. Capital Police Station and had Officer Sead of the U.S. Capital Police, to call, Intel and Threats to confirm that I wasn't Barred from Rm 224 and this was on July 12 2018 the Officer told me that no I wasn't Barred from Rm. 224 and two days before that Sgt Megan of Intel took my Documents over to the Senate Judicary Committee to have me

On or about September 2014, I contacted my District Congressman local office in Fort Lauderdale Fl. after intake I was interviewed by the Social Security liasion Mr. Louis Goldberg, after I was told by Mr. Goldberg that Congressman Hasting Office was opening a investagation as to why I was the only American that had three Social Security numbers? I waited 60 days and made several trips back to the Office after being blown off countless times, I finially made contact with the Congressman Washington D.C. office, I was referred back to the Fort Lauderdale Office, nothing no response saved my money, brought a bus ticket and came to Washington. Fast forward my first stop on Capital Hill was Rep Alcee Hasting Office and was told that I needed to fill out another intake form and once I filed the second intake I was informed that it was being assigned to Mr. Louis Goldberg and with that I sat in the Congressman

Defendants (cont.)

(10) United States Senate (Select Committee on Ethics)
10(A) Deborah Sue Mayer, Chief Counsel & Staff Director
(11) Department of Behavioral Health
(11)(A) Marc Dalton, Dept. Head
(11)(B) Dr. Lia Bohlehr.
(12) Public Defender of Washington
(12)(A) David Knight, Dept Head
(12)(B) Avis Buchannan, Supv.
(13) Pretrial Services Agency
(13)(A) Leslie Cooper, Director
(13)(B) P. Brown, Supv.
(14) Magistrate Staples, Superior Court Judge
(15) Marcie Boss, Superior Court Judge

440 Civil Rights Violations thats fails Under 1983 Civil Rights Act. I pray that this Court accept this Petition and proceed, by ordering Discovery and order a Panel of Judges and a Special Prosecutor to Proceed. Requesting a Summary Verdict and Sanctions of Surrendering Errors and Admittisions Policy in a Show of Good Faith. P.

Respectfully I Remain

Arthur Putman

404-931-2675

ArthurPutman2611@gmail.com