The United States District Court
For The District of Columbia

RECEIVED
JAN 0 3 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Arthur Putman
Vs
Senator Charles Grassley
Et al.

18-cv-02904

Emergency Hearing Requested to correct District Court Errors as well as the Clerk's Office Criminal Conduct in Violation of Rule 79. Records Kept By Clerk

On Dec 10, 2018 I filed (2) Petition's Motion for a Temporary Restraining Order Case 118-cr-02891. On that very same day I filed for Preliminary Injunction in following with the same Clerk. Today is Jan 2, 2019 and my Emergency Hearing has yet to be Heard and if I'm not

This is a True Copy under the Rules of Purjury. I rest Respectfully

Arthur Putman
#B1445
1501 So Capital St SW
Washington, DC
20003

404-931-2675

ArthurPutman2611@gmail.com

1-2-2019